### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ILLINOIS

**HERMAN ADDISON, JR.,**

    **Plaintiff,**

**v.**

**TRACY NEWTON, et al,**

    **Defendant.**                **No. 14-cv-1405-DRH**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court on defendant's Motion for Summary Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting defendant's Motion for Summary Judgment entered on November 30, 2015 (Doc. 58), this case is **DISMISSED** with prejudice.

                        **JUSTINE FLANAGAN,**
                        **ACTING CLERK OF COURT**

                        **BY:_____ /s/ _Caitlin Fischer_ _____**
                                    **Deputy Clerk**

Dated:  December 2, 2015

Digitally signed by
Judge David R. Herndon
Date: 2015.12.02
10:52:04 -06'00'

APPROVED:
      U.S. DISTRICT JUDGE
      U. S. DISTRICT COURT